UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-23068-CIV-JORDAN

| | |
|---|---|
| GENERAL WIG MANUFACTURERS, | ) |
|     Plaintiff/Counter-defendant, | ) ) ) |
| vs. | ) ) |
| JULIA-JANE, LTD., et al., | ) ) |
|     Defendants/Counter-plaintiffs. | ) ) |

**ORDER**

The parties' joint motion for an extension of the pre-trial deadlines [D.E. 102] is GRANTED. This case is re-set for trial during the Court's two-week trial calendar beginning on April 13, 2009. Calendar call will be held at 9 a.m. on April 7, 2009. The parties shall adhere to this schedule:

| | |
|---|---|
| July 31, 2008 | Parties to have completed mediation |
| December 30, 2008 | All discovery, including expert discovery, is completed. Parties are free to agree on a schedule for claim construction discovery within this deadline. |
| February 27, 2009 | All pre-trial motions other than motions *in limine* are filed. Parties are free to agree on a schedule for claim construction motions and memoranda within this deadline. |
| March 13, 2009 | Parties to submit joint pre-trial stipulation and proposed jury instructions. |

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of June, 2008.

                                                              Adalberto Jordan
                                                             United States District Judge

Copies to:    All counsel of record