IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.04-23068 CIV Jordan

GENERAL WIG MANUFACTURERS, INC.

Plaintiff,

v.

JULIA-JANE, LTD., and
LINDSEY J. WALKER,

Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF W. THAD ADAMS, III, ESQUIRE and STEPHEN S. ASHLEY, JR., ESQUIRE CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of W. Thad Adams, III, Esquire and Stephen S. Ashley, Jr., Esquire and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of W. Thad Adams, III, Esquire and Stephen S. Ashley, Jr., Esquire in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. W. Thad Adams, III, Esquire and Stephen S. Ashley, Jr., Esquire are granted to appear and participate in this action on behalf of Plaintiff, General Wig Manufacturers, Inc. The Clerk shall provide electronic notification of all

electronic filing to Thad Adams, III, Esquire, at ta@adamspat.com and Stephen S. Ashley,

Jr., Esquire at ssa@adamspat.com.

        DONE AND ORDERED in Chambers at _____Miami_____, Florida this __25th__ day of _____June, 2008_____.

_____
United States District Judge

Copies furnished to:
All Counsel of Record